UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK  CASE NO: 10-28276
IN RE: STONE, PATRICK

# CHAPTER 7
# INFORMATION FOR NOTICE OF ABANDONMENT

Daniel Straffi, Trustee has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interested has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the trustee no later then (*date to be fixed by the Court*). In the event an objection is timely filed a hearing thereon will be held on (*time and location to be fixed by the court*). If no objection is filed with the Clerk and served upon the trustee on or before (*date to be fixed by the Court*) the abandonment will take effect on (*date to be fixed by Court*).

The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF THE DEBTOR (INCLUDING AMOUNT CLAIMED DUE) | AMOUNT OF EQUITY CLAIMED AS EXEMPT BY DEBTOR |
|---|---|---|
| 37 BEACONLIGHT AVE KEANSBURG, NJ FMV - $154,500.00 | BANK OF AMERICA $215,728.74 PLUS 10% ESTIMATED COSTS OF SALE | -0 |

Request for additional information about the property to be abandoned should be directed to:

NAME:
ADDRESS:
SUBMITTED BY: *[signature]*

Daniel E. Straffi, Esq.
670 Commons Way
Toms River, NJ 08755
POSITION: Trustee  TELEPHONE NO.: (732) 341-3800

FOR CLERK'S OFFICE USE ONLY
LINES 136-160
CONTINUE ANY NOTICE PAST LINE 160 TO LINE 27
TYPE OF TASK 11