UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Patrick Stone          APPLICANT: Bederson & Company LLP

CASE NO.: 10-28276 (RTL)      CLIENT: Daniel E. Straffi, Esq.

CHAPTER: 7                    CASE FILED: June 15, 2010

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER(S) ATTACHED

SECTION 1
FEE SUMMARY

FINAL FEE APPLICATION ___1___

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $ -0- | $ -0- |
| TOTAL FEES ALLOWED TO DATE: | $ -0- | $ -0- |
| TOTAL RETAINER (F APPLICABLE) | $ -0- | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE | $ -0- | $ -0- |
| TOTAL RECEIVED BY APPLICANT | $ -0- | $ -0- |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. See Attached |  |  |  |  |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |
| 5. |  |  |  |  |
| 6. |  |  |  |  |
| 7. |  |  |  |  |

| FEE TOTALS – PAGE 2 | $ 2,243.00 |
|---|---|
| DISBURSEMENTS TOTALS – PAGE 3 | $ 31.68 |
| TOTAL FEE APPLICATION | $ 2,274.68 |

# PATRICK STONE
## ATTACHMENT TO FEE APPLICATION COVER SHEET

| ACCOUNTANT | TITLE | YEAR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| TIMOTHY KING | PARTNER | 2012 | 2.90 | 405.00 | 1,174.50 |
| JOSEPH PUSKAS | DIRECTOR | 2012 | 0.60 | 305.00 | 183.00 |
| HAROLD PARNES | SENIOR ACCOUNTANT | 2012 | 0.20 | 230.00 | 46.00 |
| KYLE REMS | SEMI-SENIOR ACCOUNTANT | 2012 | 3.50 | 200.00 | 700.00 |
| LORRAINE MANGIAPANE | STAFF ACCOUNTANT | 2012 | 0.90 | 155.00 | 139.50 |
| TOTAL | | | 8.10 | $ 276.91 | $ 2,243.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | Asset Analysis and Recovery | | |
| b) | Asset Disposition | | |
| c) | Business Operations | | |
| d) | Case Administration | 2.20 | 826.00 |
| e) | Claims Administration and Objections | | |
| f) | Employee Benefits/Pensions | | |
| g) | Fee/Employment Applications | 0.90 | 139.50 |
| h) | Fee/Employment Objections | | |
| i) | Financing | | |
| j) | Litigation (Other than Avoidance Action Litigation) | | |
| k) | Avoidance Action Litigation | | |
| l) | Meetings of Creditors | | |
| m) | Plan and Disclosure Statement | | |
| n) | Relief from Stay Proceedings | | |
| o) | Regulatory Compliance | | |
| p) | Travel | 1.30 | 260.00 |
| q) | Accounting/Auditing | | |
| r) | Business Analysis | | |
| s) | Corporate Finance and Valuation | | |
| t) | Data Analysis | | |
| u) | Litigation Consulting | | |
| v) | Reconstruction Accounting | | |
| w) | Tax Issues | 3.70 | 1,017.50 |
| x) | Other (specify category) | | |
| **SERVICES TOTAL:** | | 8.10 | 2,243.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | |
| b) Facsimile (with rates) <br><br> No. of Pages _____ Rate per Page _____ (Max. $1.00/pg.) | |
| c) Long Distance Telephone | |
| d) In-House Reproduction <br><br> No. of Pages _146_ Rate per Page _$0.20_ (Max. .20¢pg.) | 29.20 |
| e) Outside Reproduction | |
| f) Outside Research <br><br> _____ <br> _____ <br> _____ <br> _____ | |
| g) Filing/Court Fees | |
| h) Court Reporting | |
| i) Travel | |
| j) Courier & Express Carriers (e.g., Federal Express) | |
| k) Postage | 2.48 |
| l) Other (Explain) Pacer charges | |
| DISBURSEMENTS TOTAL: | 31.68 |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3- 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: June 15, 2010

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 7

(3) DATE OF RETENTION: March 15, 2012
 (ANNEX COPY OF ORDER (S))
 IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
 TO RETENTION, SET FORTH:

 Unlimited

I certify under penalty of perjury that the foregoing is true and correct.

_____  5/14/12
SIGNATURE                        DATE



**BEDERSON & COMPANY LLP**

CERTIFIED PUBLIC ACCOUNTANTS AND ADVISORS

347 Mt. Pleasant Avenue, West Orange, New Jersey 07052 • 973.736.3333 • Fax: 973.736.9219

DANIEL STRAFFI, ESQ.  
STRAFFI & STRAFFI  
670 COMMONS WAY  
TOMS RIVER, NJ 08755

Invoice Date: 05/14/2012  
Invoice Number: 15013562  
Client No: 0005730

RE: PATRICK STONE

FOR PROFESSIONAL SERVICES RENDERED AS DETAILED ON FEE APPLICATION COVER SHEET

| | | |
|---|---|---|
| FEES | $ | 2,243.00 |
| EXEXPENSES | | 31.68 |
| Total Invoice Amount | $ | 2,274.68 |

**PAYMENT OPTIONS**

[ ] Check Enclosed    Charge to:    [ ] Amex    [ ] Visa    [ ] MasterCard

Credit Card # _____ Exp. Date (Month/Year) _____

Name on Credit Card _____ Billing Address _____

Signature _____ CVV Security Code _____ Amount _____

PLEASE INCLUDE INVOICE # WITH YOUR REMITTANCE

A Member of AGN International Ltd  
a worldwide association of separate and independent  
accounting and consulting firms

Center for Audit Quality  
Employee Benefit Plan Audit Quality Center  
Governmental Audit Quality Center

# PATRICK STONE

**EXHIBIT A**

| DESCRIPTION | DATE | ACCOUNTANTS | HOURS |
|---|---|---|---|
| SET UP FILES INITIAL PLANNING AND STAFFING | 2/29/2012 | TK | 0.30 |
| PREPRE CERTIFICATION AND COMPLETE ACCOMPANYING CORRESPONDENCE | 2/29/2012 | TK | 0.30 |
| PREPARE INTERNAL MEMO AND COMPLETE CONFLICT SEARCH | 2/29/2012 | TK | 0.40 |
| REVIEW AND UPDATE CASE DATA RE: ADDITIONAL INFORMATION | 3/1/2012 | JAP | 0.10 |
| REVIEW COURT ORDER AND NOTE IN FILES | 3/19/2012 | TK | 0.10 |
| REVIEW DOCUMENTS FROM TRUSTEE | 4/18/2012 | HP | 0.20 |
| REVIEW TRUSTEE ACTIVITY, COMPLEXITY AND UPDATE 2011 TAX RETURN SUMMARY | 4/30/2012 | JAP | 0.20 |
| REVIEW TRUSTEE'S TRANSACTIONS AND SELECT FISCAL YEAR END | 5/1/2012 | TK | 0.20 |
| TELEPHONE CONFERENCE WITH TRUSTEE'S ASSISTANT RE: ESTIMATED PROFESSIONAL FEES AND OTHER INFORMATION NEEDED FOR FINAL TAX RETURN | 5/1/2012 | KBR | 0.10 |
| REVIEW AND SUMMARIZE TRUSTEE'S TRANSACTIONS AND PREPARE TAX WORKPAPERS AND TRIAL BALANCE FOR THE YEAR ENDED APRIL 30, 2012 | 5/1/2012 | KBR | 1.20 |
| PREAPARE INITAL/FINAL FEDERAL AND NEW JERSEY TAX RETURNS | 5/1/2012 | KBR | 2.20 |
| REVIEW AND FINALIZE 4/30/12 INITIAL AND FINAL FEDERAL AND STATE ESTATE TAX RETURNS, TAX WORKPAPERS AND RELATED TAX CORRESPONDENCE | 5/2/2012 | JAP | 0.30 |
| REVIEW FINAL TAX RETURNS AND APPROVE FOR PROCESSING | 5/2/2012 | TK | 0.40 |
| REVIEW AND SIGN FINAL TAX RETURN; COMPLETE CORRESPONDENCE TO THE TRUSTEE RE: FILING AND 505B INSTRUCTIONS | 5/3/2012 | TK | 0.60 |
| PREPARE FEE APPLICATION | 5/14/2012 | LJM | 0.90 |
| REVIEW FEE APPLICATION; COMPLETE CORRESPONDENCE TO THE TRUSTEE | 5/14/2012 | TK | 0.60 |
| | | TOTAL HOURS | 8.10 |

# PATRICK STONE

EXHIBIT A

| DESCRIPTION | DATE | ACCOUNTANTS | HOURS |
|---|---|---|---|

Summary of Employee

| Employee | Hours |
|---|---|
| TK - TIMOTHY KING | 2.90 |
| JAP - JOSEPH PUSKAS | 0.60 |
| HP - HAROLD PARNES | 0.20 |
| KBR - KYLE B. REMS | 3.50 |
| LJM - LORRAINE J. MANGIAPANE | 0.90 |
| Total | 8.10 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
dstraffi@epitrustee.com
Attorney for Trustee

*Order Filed on 03/15/2012 by Clerk U.S. Bankruptcy Court District of New Jersey*

| In Re: | Case No.: | 10-28276/RTL |
| --- | --- | --- |
| STONE, PATRICK S. | Judge: | Raymond T. Lyons, Jr. |
| | Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF ACCOUNTANT TO CH. 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: 03/15/2012

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

In re:     STONE, PATRICK S.

Case No.:     10-28276/RTL

Applicant:     Daniel E. Straffi, Trustee

(check all that apply) ☑ Trustee: ☑ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11     ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Bederson &Company, LLP.

Address of Professional:     347 Mt. Pleasant Ave.

    West Orange, NJ 07052

    (973) 736-3333

☐ Attorney for (check all that apply):

    ☐ Trustee     ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☑ Accountant for:

    ☑ Trustee     ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor     ☐ Appraiser     ☐ Special Counsel     ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

*Approved by Judge Raymond T. Lyons March 15, 2012*

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

*Approved by Judge Raymond T. Lyons March 15, 2012*