**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

In re: §
§
STONE, PATRICK S § Case No. 10-28276 RL
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on       .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL E. STRAFFI, TRUSTEE_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: 10-28276  RL  Judge: Raymond T. Lyons | Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
| Case Name: STONE, PATRICK S | Date Filed (f) or Converted (c): | 06/15/10 (f) |
| | 341(a) Meeting Date: | 08/06/10 |
| For Period Ending: 07/13/12 | Claims Bar Date: | 05/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 37 Beaconlight Ave, Keansburg, New Jers | 202,000.00 | 0.00 | OA | 0.00 | FA |
| 2. cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. chase checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. citibank savings | 10.00 | 0.00 | DA | 0.00 | FA |
| 5. dvd/vcr | 25.00 | 0.00 | DA | 0.00 | FA |
| 6. furniture | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. tv | 10.00 | 0.00 | DA | 0.00 | FA |
| 8. 1981 Cadillac El Dorado | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Harley - Davidson - road king | 8,450.00 | 0.00 | DA | 0.00 | FA |
| 10. 2007 F250 | 9,025.00 | 8,285.00 | | 8,285.75 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.35 | FA |
| TOTALS (Excluding Unknown Values) | $221,270.00 | $8,285.00 | | $8,286.10 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is investigating assets; Trustee is selling truck; Sold truck collection on balance; Need to collect and waiting on bar date;

Initial Projected Date of Final Report (TFR): 06/15/11    Current Projected Date of Final Report (TFR): 07/15/12

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                 Ver: 16.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28276 -RL | Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
|---|---|---|---|
| Case Name: | STONE, PATRICK S | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | 4438138045  Money Market Account (Interest Earn |
| Taxpayer ID No: | 35-6934768 | | |
| For Period Ending: | 07/13/12 | Blanket Bond (per case limit): | $ 31,836,456.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/01/11 | 10 | Patrick Stone | Payment on 2007 F250 | 1129-000 | 2,000.00 | | 2,000.00 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,000.02 |
| 12/19/11 | 10 | Patrick Stone | Payment on  2007 F250 | 1129-000 | 4,000.00 | | 6,000.02 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 6,000.05 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.27 | 5,995.78 |
| 01/05/12 | | Transfer to Acct #4438138058 | Bank Funds Transfer | 9999-000 | | 5.40 | 5,990.38 |
| 01/05/12 | | Transfer to Acct #4438138058 | Bank Funds Transfer | 9999-000 | | 400.00 | 5,590.38 |
| 01/17/12 | 10 | Patrick Stone | Payment on 2007 F250 | 1129-000 | 571.25 | | 6,161.63 |
| 01/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,161.68 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.74 | 6,153.94 |
| 02/21/12 | 10 | Patrick Stone<br>37 BEaconlight Ave<br>Keansburg, NJ 07734 | Payment on 2007 F 250 | 1129-000 | 571.25 | | 6,725.19 |
| 02/21/12 | | Transfer to Acct #4438138058 | Bank Funds Transfer | 9999-000 | | 0.08 | 6,725.11 |
| 02/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,725.16 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.45 | 6,717.71 |
| 03/19/12 | 10 | Patrick Stone<br>37 Beaconlight Ave<br>Keansburg, NJ 07734 | Payment on 2007 F250 | 1129-000 | 572.00 | | 7,289.71 |
| 03/30/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,289.77 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.47 | 7,281.30 |
| 04/20/12 | 10 | Patrick Stone<br>37 Beaconlight Ave<br>Keansburg, NJ 07734 | Sale of Ford F250 | 1129-000 | 571.25 | | 7,852.55 |
| 04/30/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,852.61 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.39 | 7,843.22 |
| 05/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,843.29 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.96 | 7,833.33 |

Page Subtotals   8,286.09   452.76

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*  
LFORM24  
Ver: 16.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-28276 -RL |
| Case Name: | STONE, PATRICK S |
| Taxpayer ID No: | 35-6934768 |
| For Period Ending: | 07/13/12 |

| | |
|---|---|
| Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | 4438138045  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 31,836,456.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/08/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 7,833.34 |
| 06/08/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.25 | 7,831.09 |
| 06/08/12 | | Trsf To TEAM CAPITAL BANK | FINAL TRANSFER | 9999-000 | | 7,831.09 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 8,286.10 | 8,286.10 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 8,236.57 | |
| Subtotal | | 8,286.10 | 49.53 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 8,286.10 | 49.53 | |

Page Subtotals         0.01          7,833.34

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28276 -RL | Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
|---|---|---|---|
| Case Name: | STONE, PATRICK S | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | 4438138058 Checking Account |
| Taxpayer ID No: | 35-6934768 | | |
| For Period Ending: | 07/13/12 | Blanket Bond (per case limit): | $ 31,836,456.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/12 | | Transfer from Acct #4438138045 | Bank Funds Transfer | 9999-000 | 5.40 | | 5.40 |
| 01/05/12 | | Transfer from Acct #4438138045 | Bank Funds Transfer | 9999-000 | 400.00 | | 405.40 |
| 01/05/12 | 000101 | A. Atkins Appraisal<br>122 Clinton Road<br>Fairfield, NJ 07004 | Order Granting Allowances dated August 23, 2011 - Trustee's Appraiser | 3711-000 | | 400.00 | 5.40 |
| 01/05/12 | 000102 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Chapter 7 Blanket Bond NJ<br>Bond# 016026385 | 2300-000 | | 5.40 | 0.00 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.08 | -0.08 |
| 02/21/12 | | Transfer from Acct #4438138045 | Bank Funds Transfer | 9999-000 | 0.08 | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 405.48 | 405.48 | 0.00 |
| Less: Bank Transfers/CD's | 405.48 | 0.00 | |
| Subtotal | 0.00 | 405.48 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 405.48 | |

Page Subtotals     405.48     405.48

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28276 -RL | Trustee Name: | DANIEL E. STRAFFI, TRUSTEE |
|---|---|---|---|
| Case Name: | STONE, PATRICK S | Bank Name: | TEAM CAPITAL BANK |
| | | Account Number / CD #: | 80073853 Checking Account |
| Taxpayer ID No: | 35-6934768 | | |
| For Period Ending: | 07/13/12 | Blanket Bond (per case limit): | $ 31,836,456.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,831.09 | | 7,831.09 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,831.09 | 0.00 | 7,831.09 |
| Less: Bank Transfers/CD's | 7,831.09 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - 4438138045 | 8,286.10 | 49.53 | 0.00 |
| Checking Account - 4438138058 | 0.00 | 405.48 | 0.00 |
| Checking Account - 80073853 | 0.00 | 0.00 | 7,831.09 |
| | 8,286.10 | 455.01 | 7,831.09 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  7,831.09  0.00

| | Exhibit C | |
|---|---|---|
| Page 1 | Analysis of Claim Register | Date: July 13, 2012 |

Case Number: 10-28276  
Debtor Name: STONE, PATRICK S  
Claims Bar Date: 05/29/12  

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Bederson & Company<br>347 Mt. Pleasant Avenue<br>West Orange, NJ 07052 | Administrative | | $0.00 | $2,274.68 | $2,274.68 |
| 001<br>3110-00 | Daniel E. Straffi<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $3,855.48 | $3,855.48 |
| 999<br>8200-00 | Patrick Stone<br>37 Beaconlight Avenue<br>Keansburg, NJ 07734 | Unsecured | | $0.00 | $0.00 | $45.58 |
| | Case Totals: | | | $0.00 | $6,130.16 | $6,175.74 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28276 RL
Case Name: STONE, PATRICK S
Trustee Name: DANIEL E. STRAFFI, TRUSTEE

    Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL E. STRAFFI, TRUSTEE | $ | $ | $ |
| Trustee Expenses: DANIEL E. STRAFFI, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Daniel E. Straffi | $ | $ | $ |
| Attorney for Trustee Expenses: Daniel E. Straffi | $ | $ | $ |
| Accountant for Trustee Fees: Bederson & Company | $ | $ | $ |
| Accountant for Trustee Expenses: Bederson & Company | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

       In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

       Allowed priority claims are:

NONE

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

NONE

       Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

       Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $            .